Court of Criminal Appeals
Austin, Texas

Nov-13-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

RE: Ramon Mendoza - Appellant
Case # 08-13-00293-CR

I was transported from Tulia Transfer, TDCJ to Hodge Unit after my 2 year's ran up. My responce from the 8th District court of Appeal's reached tulia Unit only after I was gone. Which led to my mail having to follow me. It went to every unit I spent time including Tulia - Clements - Byrd - and on Nov-12 it reached Hodge Unit. The decision was made Oot-14-2015 and it reached me 2 day's short of my 30 day deadline. I am humbly asking to this court of Criminal Appeal's to grant me my 30 day's with no fault to me or my case So I may file in a timely matter with all do respect to this Court of Criminal Appeals.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

Thank you